IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HUGO HUMBERTO CONDE | § § § | |
| V | § § | CIVIL ACTION NO. 4:13-CV-02476 |
| CESAR M. GARCIA and LA MONTANA MEAT MARKET, INC. | § § § | |

## PLAINTIFF'S PROPOSED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. A report on alternative dispute resolution in compliance with Rule CV-88 shall be filed by **January 10, 2014**.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **January 10, 2014**, and each opposing party shall respond, in writing, by **February 10, 2014**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **February 9, 2014**.

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **January 12, 2014**. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **February 26, 2014**. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than **30** days of receipt of the written report of the expert's proposed testimony, or not later than **30** days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **April 12, 2014**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

      7. All dispositive motions as defined in Rule CV-7 (c) shall be filed no later than **May 12, 2014** .

      8. The trial dates will be determined at a later date by the Court. The parties shall consult Local Rule CV-16(e)-(g) regarding matters to be filed in advance of trial. At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

SIGNED this _____ day of _____ 2013.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

By: _____

ADAM PONCIO
State Bar No. 16109800
Southern District Bar No. 16109800

PONCIO LAW OFFICES, P.C.
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
Telephone:(210) 212-7979
Facsimile:(210) 212-5880

Chris McJunkin
State Bar No. 13686525
Southern District ID No. 23548
2842 Lawnview
Corpus Christi, Texas 78404
Telephone: (361) 882-5747
Facsimile: (361) 882-8926

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

     I hereby certify that on November 4, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert F. Gilbert
Attorney At Law
10100 Kleckley #15-B
Houston, Texas 77075
(713) 378-9645 Telephone
(713) 389-9062 Facsimile

_____
**ADAM PONCIO**